IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 2060136 NE22 |
| | ) | 2060137 NE22 |
| vs. | ) | ORDER |
| VINCENT X. BETHEA, | ) | |
| Defendant. | ) | |

**IT IS ORDERED:**

The defendant's request to continue the initial appearance regarding Violation 2060136 NE22 and 2060137 NE22 is granted. The defendant Vincent X. Bethea, must appear in court on **October 26, 2010 at 9:00 a.m.** in Courtroom No. 7, Second Floor, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska. The clerk is directed to mail a copy of this order to Vincent X. Bethea, 4260 Binney Street, Omaha, NE 68111. The warrant is canceled.

DATED this 31st day of August, 2010.

BY THE COURT:

s/ THOMAS D. THALKEN
United States Magistrate Judge